IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TIM SHAPUTIS,**

**Plaintiff,**

**v.**

**TRUCK CENTERS, INC.,**

**Defendant.**                                                                 **No. 05-CV-0724-DRH**

ORDER

**HERNDON, District Judge:**

Pending before the Court is Defendant's October 11, 2005 motion for partial summary judgment (Doc. 6).  Specifically, Defendant contends that it is entitled to partial summary judgment on Counts I and II of the complaint based on the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001-1453 ("ERISA") preemption.  As of this date, Plaintiff has not filed a response to the motion.  Pursuant to **LOCAL RULE 7.1(c)**, the Court considers this failure to respond an admission of the merits of the motion.[1]

Thus, the Court finds that Defendant is entitled to partial summary judgment against Plaintiff on Counts I and II of the complaint .  The Court **ORDERS** the Clerk of the Court to enter judgment in favor of Defendant and against Plaintiff

---

[1] **LOCAL RULE 7.1(c)** provides in part: "An adverse party shall have **thirty (30)** days after the service (*see* FED. R. CIV. P. 6) of the movant's motion in which to serve and file an answering brief.  Failure to timely file an answering brief to a motion may, in the court's discretion, be considered an admission of the merits of the motion."

on Counts I and II at the close of the case.

**IT IS SO ORDERED.**

Signed this 17th day of November, 2005.

/s/          David RHerndon
**United States District Judge**