IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TIM SHAPUTIS,**

    **Plaintiff,**

    vs.                                            Cause No. 05-CV-724 DRH

**TRUCK CENTERS, INC.,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear their own costs.----------------------------------------------------------------------------

                                                                         **NORBERT G. JAWORSKI, CLERK**

June 22, 2006                                         By:   s/Patricia Brown
                                                                           Deputy Clerk

APPROVED: /s/ David RHerndon
                  **U.S. DISTRICT JUDGE**